No: 22-2729

Arlen Foster

Appellant

v.

United States Department of Agriculture, et al.

Appellees

___

Appeal from U.S. District Court for the District of South Dakota - Southern
(4:21-cv-04081-RAL)

___

**ORDER**

The opinion of May 12, 2023 is hereby vacated.

November 07, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
　　　/s/ Maureen W. Gornik