

January 11, 2023

U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, MO 63102

Re: *Foster v. U.S. Department of Agriculture*, No. 22-2729

After reviewing the Court's current and future argument dates, Counsel for Plaintiff – Appellant Arlen Foster is unavailable for oral argument from March 13 through March 17, 2023.

Sincerely,

Jeffrey W. McCoy
Counsel for Plaintiff – Appellant
Arlen Foster

cc: All Counsel